UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CYAN CONTRACTING CORPORATION

                                Plaintiffs,      Civ. Act. No. 09-Civ-603 (LAK) (HBP)

   - against -

NATIONAL GRANGE MUTUAL
INSURANCE COMPANY,                      **CYAN'S REPLY TO**
THE NEW YORK STATE DORMITORY     **NATIONAL'S COUNTERCLAIM**
AUTHORITY

                                Defendants.
-------------------------------------------------------------X

       Plaintiff Cyan Contracting Corporation ("Cyan"), by its attorneys King & King LLP, for its reply to defendant National Grange Mutual Insurance Company's ("National's") counterclaim, responds as follows:

1. Cyan admits paragraph 1 of National's counterclaim.

2. Cyan admits paragraph 2 of National's counterclaim.

3. Cyan denies paragraph 3 of National's counterclaim.

4. Cyan denies paragraph 4 of National's counterclaim.

5. Cyan denies paragraph 5 of National's counterclaim; except, Cyan admits that Cyan and National are parties to a civil action, NYSD Civ. Act. No. 07-cv-3749.

6. Cyan denies paragraph 6 of National's counterclaim.

7. Cyan denies paragraph 7 of National's counterclaim.

8. Cyan denies paragraph 8 of National's counterclaim.

**AS AND FOR THE FIRST AFFIRMATIVE DEFENSE**

National's claims are barred by res judicata, collateral estoppel, and/or issue preclusion.

1

### AS AND FOR THE SECOND AFFIRMATIVE DEFENSE

National fails to state a claim for which relief can be granted by virtue of estoppel, laches, waiver, duress, and/or unclean hands.

### AS AND FOR THE THIRD AFFIRMATIVE DEFENSE

National's damages were occasioned in whole or in part by National's own errors, breach of contract, neglect, and/or omissions.

### AS AND FOR THE FOURTH AFFIRMATIVE DEFENSE

National failed to mitigate its damages.

### AS AND FOR THE FOURTH AFFIRMATIVE DEFENSE

National fails to state a claim upon which relief can be granted.

**WHEREFORE,** plaintiff Cyan respectfully requests that this Court enter judgment dismissing defendant National's counterclaims in all respects and granting Cyan judgment against National's counterclaim as follows:

(a) Dismissing National's counterclaims; and,

(b) Such other and further relief as this Court may deem proper.

Dated: February 18, 2009
Long Island City, N.Y.

KING & KING, LLP

By:  /s/ Karl Silverberg
Karl Silverberg, Esq.  (KS3075)

*Attorneys for Plaintiff*
*Cyan Contracting Corporation*
27-12 37th Avenue
Long Island City, N.Y. 11101
(718) 896-6554
Fax: (718) 275-5081
ksilverberg@king-king-law.com